JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL THOMPSON, | SA No. CV 15-1218-CAS (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RAY FISHER, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed, with prejudice as to Grounds One and Two, and without prejudice as to Ground Three.

DATED: March 29, 2016

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE